# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 06-1012 LRR |
| vs. | **ORDER** |
| JOHN TREY, | |
| Defendant. | |

_____

The court received correspondence from Defendant (docket no. 27) requesting early release from supervision. The letter was filed and treated like a motion.

The court is aware of its discretion to terminate supervised release early and the court has done so in the past in some cases. In this case, the court finds early release is not appropriate. Defendant's underlying offense involved threatening an individual who was working as a confidential informant. Defendant's prior criminal history includes harassing and assaultive conduct. In addition, Defendant did not provide urine specimens on November 14, 2010 and April 22, 2011.

Therefore, the court denies the motion for early release from supervision (docket no. 27) due to the serious nature of Defendant's underlying offense and prior criminal conduct and due to Defendant's missed UA's.

**DATED** this 28th day of April, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA